UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JENNIFER TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-CV-278 |
| ) | (Jordan/Shirley) |
| MARSHALLS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 30] of the Honorable Leon Jordan, United States District Judge, for disposition of the defendant's Motion to Compel [Doc. 29].

The defendant Marshalls moves the Court for an Order compelling the plaintiff Jennifer Taylor to answer the defendant's Second Set of Interrogatories and Requests for Production, which were propounded to the plaintiff on March 16, 2006. [Doc. 29].

The plaintiff failed to file a response to the defendant's motion within the time period required by E.D.TN. LR 7.1(a). "Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought." E.D.TN. LR 7.2.

Accordingly, for good cause shown, the defendant's Motion to Compel [Doc. 29] is **GRANTED**. The plaintiff is **DIRECTED** to answer the defendant's Second Set of Interrogatories and Requests for Production within twenty (20) days of the entry of this Order.

The plaintiff is hereby put on notice that failure to cooperate in discovery and to follow the Orders of this Court may result in monetary sanctions and possibly the dismissal of this lawsuit.  <u>See</u> Fed. R. Civ. P. 37(b)(2)(C).

**IT IS SO ORDERED.**

ENTER:

<u>  s/ C. Clifford Shirley, Jr.  </u>
United States Magistrate Judge

2